UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SECUNDINO CASTANEDA                                CIVIL ACTION

versus                                             NO. 07-5425

RICHARD L. STALDER, ET AL.                         SECTION: "I" (3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Robert Alan Power, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that respondent's motion for summary judgment is **GRANTED** and that the federal petition of **Secundino Castaneda** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this ___25th___ day of March, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE